UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRI DUBOIS HATTEN,**                                             **PLAINTIFF**
**ADC #113248**

**V.**                **CASE NO. 4:15CV00459 BSM-PSH**

**RICHARD VINYARD, et al.**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and the plaintiff's objections thereto have been reviewed. After careful consideration of these documents and making a *de novo* review of the record, the proposed findings and recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Hatten's complaint [Doc. No. 1] is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of October 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE